FREDERICK W. HOTTENROTH, Appellant. *v.* WILLIAM HASTORF, Respondent.

*Real property — contract — action to compel specific performance of alleged contract to convey real property — Statute of Frauds.*

*Hottenroth* v. *Hastorf,* 191 App. Div. 897, affirmed.

(Submitted January 25, 1922; decided February 28, 1922.)

APPEAL from a judgment, entered May 4, 1920, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to compel specific performance of an alleged contract to convey real property. The Appellate Division found as a fact that neither the defendant, nor any person by him lawfully authorized, made or signed a contract in writing, or some note or memorandum thereof expressing the consideration for the sale of the premises in suit and directed a dismissal of the complaint.

*Frederick W. Hottenroth* and *Arthur D. Lyons* for appellant.

*William F. Bleakley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.